UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE RIVERS, ) ) Plaintiff(s), ) ) v. ) ) COUNTY OF MARIN, et al. ) ) Defendant(s). ) ) | No. C05-4251 BZ **BRIEFING ORDER** |

The court is in receipt of defendant County of Marin's motion to strike and motion to dismiss defendant Department of Probation, both scheduled for hearing on **January 18, 2006, at 10:00 a.m.** **IT IS HEREBY ORDERED** that plaintiff Simone Rivers shall file an opposition to defendant's motion no later than **December 23, 2005.** Any reply to plaintiff's opposition shall be filed no later than **December 30, 2005.**

Dated: December 5, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\RIVERS\BRIEFING.ORD.wpd

1