IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIMONE RIVERS, | No. C 05-04251 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| COUNTY OF MARIN, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>June 30, 2006</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>October 31, 2006</u>.

DESIGNATION OF EXPERTS: <u>January 12, 2007</u>; REBUTTAL: <u>January 22, 2007</u>.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>February 2, 2006</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>November 10, 2006</u>;

    Opp. Due <u>November 27, 2006</u>;  Reply Due <u>December 4, 2006</u>;

    and set for hearing no later than <u>December 15, 2006</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>February 27, 2007</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>March 12, 2007</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be   days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Courts Mediation Program.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 3/21/06

SUSAN ILLSTON
United States District Judge